

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00390-CV

KIMBERLY WITT, DECEASED, FE SANTISTEVAN, DECEASED, JIMMIE SANTISTEVAN, SARAH SANTISTEVAN, GWYNNETH HENNIS, GARRETH GERMONO, GERMAINE GERMONO, ALEXANDRA WITT, CHRISTINA COREY, ELLEN POTTHAST, AND BENITA DE GUZMAN, Appellants

§ On Appeal from the 43rd District Court

§ of Parker County (CV14-1833)

V.

§ September 10, 2020

MICHELIN NORTH AMERICA, INC. AND BF GOODRICH, IN ITS ASSUMED OR COMMON NAME, Appellees

§ Opinion by Justice Birdwell

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse the trial court's sealing order to the extent that it seals Appellants' response to Appellees' motion to exclude, Appellants' motion to reconsider the exclusion, and the attached proof, and we render

judgment unsealing those records.  We affirm the trial court's judgment and sealing order in all other respects.

It is further ordered that Appellants shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
      Justice Wade Birdwell